# UNITED STATES *v.* LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE)

No. 9, Orig. Decided March 17, 1975—Decree entered March 17, 1975—Supplemental decree entered June 16, 1975

## SUPPLEMENTAL DECREE

On March 17, 1975, this Court overruled the exceptions of the United States and the State of Louisiana to the Report and recommendations of the Special Master, accepted the Report of the Special Master and directed the parties "to prepare and file a decree for entry by this Court, establishing 'a baseline along the entire coast of the State of Louisiana from which the extent of the territorial waters under the jurisdiction of the State of Louisiana pursuant to the Submerged Lands Act can be measured.' " 420 U. S. 529, 530. The parties have agreed on a proposed decree establishing the coastline (baseline) of Louisiana in accordance with the Court's decision of March 17, 1975. That baseline is described in Exhibit A below. Accordingly, the joint motion for entry of supplemental decree is granted.

IT IS ORDERED, ADJUDGED, AND DECREED:

1. As against the defendant State of Louisiana and all persons claiming under it, the United States has exclusive rights to explore the area of the Continental Shelf lying more than three geographical miles seaward of the line described in Exhibit A hereof, and to exploit the natural resources of said area and the State of Louisiana is not entitled to any interest in such lands, minerals, and resources, and said State, its privies, assigns, lessees,

and other persons claiming under it are hereby enjoined from interfering with the rights of the United States in such lands, minerals and resources.

2. All sums now held impounded by the United States under the Interim Agreement of October 12, 1956, as amended, and derived from leases of lands lying wholly within the area referred to in paragraph 1 hereof are hereby released to the United States absolutely, and in accordance with the terms of the Interim Agreement, as amended, and the United States is hereby relieved of any obligation under said Agreement to impound any sums hereafter received by it from leases of lands lying wholly within said area.

3. As against the plaintiff United States and all persons claiming under it, the State of Louisiana has exclusive rights to explore the area lying within three geographical miles seaward of its coastline described in Exhibit A hereof, and to exploit the natural resources of said area, with the exceptions provided by Section 5 of the Submerged Lands Act, 67 Stat. 32, 43 U. S. C. § 1313. The United States is not entitled to any interest in such lands, minerals, and resources and said United States, its privies, assigns, lessees and other persons claiming under it are hereby enjoined from interfering with the rights of the State of Louisiana in such lands, minerals and resources.

4. All sums now held impounded by the State of Louisiana under the Interim Agreement of October 12, 1956, as amended, derived from leases of lands lying wholly within the area referred to in paragraph 3 hereof are hereby released to Louisiana in accordance with the Interim Agreement of 1956, as amended, and Louisiana is hereby relieved of any obligation under said Agreement to impound any sums hereafter received by it from leases of lands lying wholly within said area.

5. Within 90 days after the entry of the Decree—

(a) The State of Louisiana shall pay to the United States or other persons entitled thereto under the Interim Agreement of October 12, 1956, as amended, all sums, if any, now held impounded by the State of Louisiana under said Agreement, derived from or attributable to the lands, minerals or resources described in paragraph 1 hereof;

(b) The United States shall pay to the State of Louisiana or other persons entitled thereto under the Interim Agreement, as amended, all sums, if any, now held impounded by the United States under said Agreement, derived from or attributable to the lands, minerals or resources described in paragraph 3 hereof;

(c) Failure of either party to agree on correctness of the sums due the other shall in no way be reason to retard payment of sums which are admittedly due by the paying party's own calculations.

6. Within 60 days after the entry of this Decree—

(a) The State of Louisiana shall render to the United States and file with the Court a true, full, accurate and appropriate account of any and all other sums of money derived by the State of Louisiana since June 5, 1950, either by sale, leasing, licensing, exploitation or otherwise from or on account of any of the lands, minerals or resources described in paragraph 1 hereof;

(b) The United States shall render to the State of Louisiana and file with the Court a true, full, accurate and appropriate account of any and all other sums of money derived by the United States either by sale, leasing, licensing, exploitation or otherwise from or on account of the lands, minerals or resources described in paragraph 3 hereof;

(c) Within 60 days after receiving the account provided for by paragraph 6 (a) or 6 (b) hereof, a party

may serve on the other and file with the Court its objections thereto. Thereafter either party may file such motion or motions at such time as may be appropriate to have the account settled in conjunction with the issues concerning the areas still in dispute. If neither party files such an objection within 60 days, then each party shall forthwith pay to any third person any amount shown by such accounts to be payable by it to such person, and the party whose obligation to the other party is shown by such accounts to be greater shall forthwith pay to the other party the net balance so shown to be due. If objections are filed but any undisputed net balance is shown which will be due from one party to the other party or to any third person regardless of what may be the ultimate ruling on the objections, the party so shown to be under any such obligation shall forthwith pay each such undisputed balance to the other party or other person so shown to be entitled thereto. The payments directed by paragraphs 5 (a) and 5 (b) hereof shall be made irrespective of the accountings provided for by paragraphs 6 (a) and 6 (b).

7. All sums heretofore impounded pursuant to the Interim Agreement of 1956, as amended, shall be fully accounted for and paid within the 90 days provided in paragraph 5, except as to split leases that accounting and payment may be deferred on royalty revenue from (a) non-unitized wells with completion points at unidentified locations or locations controverted by the parties; and (b) units partially shoreward of the three-mile boundary as to which there is no present agreement that participation is on a surface acreage basis.

Funds from split leases not accounted for and paid pursuant to the preceding sentence shall be the subject of the accounting to follow the next decree of this

Court in this case, unless the parties agree on a prior distribution.

Except as provided above for accountings and payment, pending further order of the Court, leases of land lying partly within three miles of the line described in paragraph 9 hereof shall be in no way affected by anything contained in this Decree.

8. The parties may by agreement modify the time for accounting and payment in whole or part as the progress of technical work may indicate is necessary. It is understood that the parties may be unable to agree on whether offsets are permitted or whether interest may be due on funds impounded pursuant to the Interim Agreement of October 12, 1956, or upon calculations or audits, and these issues, as well as others not expressly treated herein, shall in no way be affected by this Decree.

9. The coastline or baseline referred to in paragraphs 1 and 3, *supra*, is described by coordinates in the Louisiana plane coordinate system, south zone, as set forth in Exhibit A, appended to this Decree. This coastline supersedes all prior coastline descriptions of former decrees in this case and is the past and present coastline and shall constitute the coastline as of the date of the final decree in this case.

10. Notwithstanding the provisions of paragraph 9, for limited time periods relevant to this Decree, certain of the points or lines contained in the above baseline description were not part of the Louisiana coastline, and for other periods additional points or lines must be added to that coastline. These variations are described in Exhibit B, which for the sectors and times given, describes portions of the baseline. Otherwise, the Louisiana coastline is to be taken as the same as the present coastline for all relevant times and purposes.

11. The parties are directed to establish lines three geographical miles seaward of the coastlines described in Exhibits A and B to be employed in accountings and submitted in the proposed final decree hereafter, delimiting the seaward limit of the State of Louisiana's rights under the Submerged Lands Act.

The parties are directed to prepare a final decree for entry by this Court in the near future resolving the additional issues required to be dealt with that this litigation may be terminated, to include, but not necessarily be limited to, matters related to unresolved issues, if any, concerning accountings and payments, offset claims, payments to others, ambulatory boundary complexities or administrative problems.

12. The Court retains jurisdiction to entertain such further proceedings, enter such orders and issue such writs as may from time to time be deemed necessary or advisable to give proper force and effect to its previous orders or decrees herein or to this Decree or to effectuate the rights of the parties in the premises.

13. Nothing in this Decree or in the proceedings leading to it shall prejudice any rights, claims or defenses of the State of Louisiana as to its maritime lateral boundaries with the States of Mississippi and Texas, which boundaries are not at issue in this litigation. Nor shall the United States in any way be prejudiced hereby as to such matters. Nor shall anything in this Decree prejudice or modify the rights and obligations under any contracts or agreements, not inconsistent with this Decree, between the parties or between a party and a third party, especially, but not limited to, the Interim Agreement of October 12, 1956, as amended, which Agreement remains in effect except as explicitly modified hereby.

## EXHIBIT A

| | X | Y |
| --- | --- | --- |
| A LINE FROM | 2752565 | 568525 |
| THROUGH | 2775787 | 513796 |
| THROUGH | 2777512 | 513071 |
| THROUGH | 2779032 | 512013 |
| THROUGH | 2780766 | 510417 |
| THROUGH | 2782059 | 508914 |
| THROUGH | 2784689 | 505455 |
| THROUGH | 2788518 | 498898 |
| THROUGH | 2790051 | 496115 |
| THROUGH | 2791690 | 491970 |
| THROUGH | 2794789 | 481712 |
| THROUGH | 2796202 | 475864 |
| THROUGH | 2797209 | 468763 |
| THROUGH | 2797456 | 463898 |
| THROUGH | 2797455 | 458119 |
| THROUGH | 2797067 | 452190 |
| THROUGH | 2795853 | 442333 |
| THROUGH | 2794722 | 436006 |
| THROUGH | 2793260 | 430155 |
| THROUGH | 2790415 | 420878 |
| THROUGH | 2788165 | 414646 |
| THROUGH | 2786724 | 410834 |
| THROUGH | 2783250 | 403219 |
| THROUGH | 2779673 | 397140 |
| THROUGH | 2777922 | 394224 |
| THROUGH | 2776487 | 392403 |
| THROUGH | 2775343 | 391771 |
| THROUGH | 2774819 | 390716 |
| THROUGH | 2774670 | 390293 |
| THROUGH | 2773972 | 389724 |
| THROUGH | 2772541 | 387391 |
| THROUGH | 2770599 | 383887 |
| THROUGH | 2768775 | 381521 |
| THROUGH | 2768031 | 380244 |

| | X | Y |
|---|---|---|
| THROUGH | 2767052 | 379676 |
| THROUGH | 2766408 | 378524 |
| THROUGH | 2761138 | 371491 |
| THROUGH | 2758093 | 367862 |
| THROUGH | 2757465 | 366796 |
| THROUGH | 2755709 | 364596 |
| THROUGH | 2755015 | 363480 |
| THROUGH | 2749221 | 357797 |
| THROUGH | 2746309 | 355438 |
| THROUGH | 2744222 | 354125 |
| THROUGH | 2743352 | 353794 |
| THROUGH | 2742583 | 353754 |
| THROUGH | 2727653 | 334120 |
| THROUGH | 2726852 | 333103 |
| THROUGH | 2723975 | 330868 |
| THROUGH | 2722321 | 329172 |
| THROUGH | 2720696 | 326779 |
| THROUGH | 2717012 | 320677 |
| THROUGH | 2715236 | 318391 |
| THROUGH | 2714633 | 317731 |
| THROUGH | 2713324 | 316801 |
| THROUGH | 2711772 | 316107 |
| THROUGH | 2710380 | 315995 |
| THROUGH | 2689683 | 308890 |
| THROUGH | 2689514 | 307841 |
| THROUGH | 2688390 | 304545 |
| THROUGH | 2687610 | 301648 |
| THROUGH | 2687014 | 300054 |
| THROUGH | 2685058 | 297573 |
| THROUGH | 2683264 | 296069 |
| THROUGH | 2680880 | 294918 |
| THROUGH | 2678009 | 294303 |
| TO | 2681915 | 257755 |
| A POINT AT | 2688235 | 252215 |
| A POINT AT | 2689305 | 250395 |
| A POINT AT | 2700735 | 234640 |
| A POINT AT | 2701500 | 232820 |
| A POINT AT | 2707635 | 223640 |

| | X | Y |
|---|---|---|
| A LINE FROM | 2709100 | 220995 |
| TO | 2734900 | 209275 |
| A POINT AT | 2737065 | 210155 |
| A POINT AT | 2738320 | 210230 |
| A POINT AT | 2738938 | 209975 |
| A POINT AT | 2750755 | 206535 |
| A POINT AT | 2755325 | 204680 |
| A POINT AT | 2755178 | 203815 |
| A POINT AT | 2754100 | 186915 |
| A POINT AT | 2754263 | 186316 |
| A POINT AT | 2753885 | 183460 |
| A POINT AT | 2752470 | 182170 |
| A POINT AT | 2751045 | 181305 |
| A POINT AT | 2750586 | 181270 |
| A POINT AT | 2736662 | 175902 |
| A LINE FROM | 2734720 | 174030 |
| TO | 2733040 | 172295 |
| A LINE FROM | 2728153 | 162005 |
| TO | 2727215 | 156890 |
| A POINT AT | 2726951 | 150846 |
| A POINT AT | 2726105 | 148530 |
| A POINT AT | 2724850 | 148150 |
| A LINE FROM | 2725550 | 153430 |
| TO | 2724419 | 152060 |
| A LINE FROM | 2724314 | 151595 |
| THROUGH | 2702461 | 124148 |
| TO | 2701735 | 123905 |
| A POINT AT | 2699435 | 118600 |
| A POINT AT | 2699815 | 116800 |
| A POINT AT | 2699695 | 116700 |
| A LINE FROM | 2697850 | 117200 |
| THROUGH | 2697510 | 117648 |
| TO | 2697300 | 118500 |
| A POINT AT | 2685325 | 133800 |
| A LINE FROM | 2682605 | 136895 |
| THROUGH | 2678500 | 139250 |
| TO | 2673482 | 141245 |
| A LINE FROM | 2672315 | 141745 |

| | X | Y |
|---|---|---|
| THROUGH | 2644940 | 134910 |
| THROUGH | 2641835 | 129725 |
| THROUGH | 2639545 | 126825 |
| THROUGH | 2638945 | 126780 |
| THROUGH | 2635800 | 123995 |
| THROUGH | 2633755 | 121760 |
| THROUGH | 2630660 | 116450 |
| THROUGH | 2628680 | 113190 |
| THROUGH | 2625550 | 109560 |
| THROUGH | 2624995 | 108700 |
| THROUGH | 2624760 | 108445 |
| THROUGH | 2624045 | 107660 |
| THROUGH | 2621925 | 105355 |
| THROUGH | 2620655 | 104065 |
| THROUGH | 2618380 | 102265 |
| THROUGH | 2615885 | 99131 |
| THROUGH | 2615196 | 98279 |
| THROUGH | 2611843 | 94130 |
| THROUGH | 2610160 | 92050 |
| THROUGH | 2609785 | 91750 |
| THROUGH | 2609180 | 91445 |
| THROUGH | 2607290 | 93040 |
| THROUGH | 2607400 | 93175 |
| THROUGH | 2607455 | 93710 |
| THROUGH | 2608665 | 95870 |
| THROUGH | 2610650 | 98640 |
| TO | 2614224 | 105206 |
| A POINT AT | 2614270 | 110615 |
| A POINT AT | 2614553 | 111404 |
| A LINE FROM | 2615475 | 113900 |
| THROUGH | 2615450 | 157770 |
| THROUGH | 2615135 | 159890 |
| THROUGH | 2614790 | 160765 |
| THROUGH | 2614865 | 161005 |
| THROUGH | 2613550 | 164745 |
| THROUGH | 2613585 | 166700 |
| THROUGH | 2613485 | 167600 |

| | X | Y |
|---|---|---|
| THROUGH | 2613960 | 170145 |
| THROUGH | 2614070 | 171910 |
| TO | 2611490 | 176505 |
| A POINT AT | 2610755 | 176310 |
| A POINT AT | 2609880 | 177025 |
| A LINE FROM | 2608270 | 178325 |
| THROUGH | 2607710 | 178665 |
| THROUGH | 2606370 | 180190 |
| THROUGH | 2605125 | 182710 |
| TO | 2605025 | 183315 |
| A LINE FROM | 2604220 | 184790 |
| THROUGH | 2603355 | 186915 |
| THROUGH | 2602860 | 188615 |
| THROUGH | 2602425 | 189395 |
| THROUGH | 2601940 | 190595 |
| THROUGH | 2600780 | 192900 |
| THROUGH | 2598335 | 196450 |
| THROUGH | 2594900 | 199935 |
| THROUGH | 2593875 | 201260 |
| THROUGH | 2593340 | 201660 |
| THROUGH | 2590100 | 203860 |
| THROUGH | 2589100 | 204125 |
| TO | 2587400 | 205250 |
| A LINE FROM | 2585000 | 206975 |
| THROUGH | 2583790 | 207010 |
| THROUGH | 2576450 | 210023 |
| THROUGH | 2576174 | 209790 |
| THROUGH | 2575992 | 210090 |
| THROUGH | 2574890 | 210450 |
| THROUGH | 2574712 | 210767 |
| THROUGH | 2571725 | 211744 |
| THROUGH | 2568736 | 212548 |
| THROUGH | 2566991 | 212986 |
| TO | 2565940 | 212988 |

| | X | Y |
|---|---|---|
| A LINE FROM | 2563010 | 214045 |
| THROUGH | 2562149 | 214046 |
| THROUGH | 2561385 | 214258 |
| TO | 2556172 | 215383 |
| | | |
| A LINE FROM | 2550402 | 216158 |
| THROUGH | 2406890 | 189733 |
| THROUGH | 2398175 | 182359 |
| THROUGH | 2393610 | 178130 |
| THROUGH | 2385833 | 171938 |
| THROUGH | 2381527 | 168671 |
| THROUGH | 2376521 | 164696 |
| TO | 2374875 | 163200 |
| | | |
| A POINT AT | 2376485 | 164409 |
| | | |
| A LINE FROM | 2374875 | 163200 |
| THROUGH | 2373613 | 162597 |
| THROUGH | 2369709 | 160120 |
| TO | 2367695 | 158943 |
| | | |
| A LINE FROM | 2366789 | 158537 |
| THROUGH | 2365337 | 157918 |
| TO | 2364392 | 157349 |
| | | |
| A LINE FROM | 2362830 | 157339 |
| TO | 2356733 | 154323 |
| | | |
| A LINE FROM | 2354070 | 152599 |
| TO | 2353875 | 152659 |
| | | |
| A LINE FROM | 2347871 | 153564 |
| THROUGH | 2342108 | 151526 |
| TO | 2339651 | 150598 |
| | | |
| A LINE FROM | 2337450 | 149987 |
| THROUGH | 2335471 | 149301 |
| THROUGH | 2327933 | 146251 |
| THROUGH | 2322466 | 144396 |
| TO | 2320164 | 143811 |

| | X | Y |
| --- | --- | --- |
| A LINE FROM | 2319608 | 143421 |
| THROUGH | 2317663 | 142869 |
| THROUGH | 2313902 | 141865 |
| THROUGH | 2312204 | 141813 |
| THROUGH | 2310546 | 141903 |
| THROUGH | 2308552 | 142401 |
| THROUGH | 2307414 | 143059 |
| THROUGH | 2306697 | 143789 |
| THROUGH | 2300326 | 139954 |
| THROUGH | 2298538 | 139073 |
| THROUGH | 2296041 | 138519 |
| THROUGH | 2295144 | 138550 |
| THROUGH | 2294383 | 138846 |
| THROUGH | 2293148 | 139498 |
| THROUGH | 2291503 | 139861 |
| THROUGH | 2286402 | 140499 |
| THROUGH | 2281202 | 141484 |
| THROUGH | 2274749 | 143161 |
| THROUGH | 2270205 | 145091 |
| THROUGH | 2264450 | 147674 |
| THROUGH | 2260236 | 150105 |
| THROUGH | 2256191 | 151946 |
| THROUGH | 2254031 | 153153 |
| THROUGH | 2253306 | 154102 |
| THROUGH | 2222957 | 146695 |
| THROUGH | 2221937 | 146004 |
| THROUGH | 2219935 | 144971 |
| THROUGH | 2218146 | 144160 |
| THROUGH | 2215009 | 143380 |
| THROUGH | 2207126 | 141266 |
| THROUGH | 2198296 | 138515 |
| THROUGH | 2192330 | 136944 |
| THROUGH | 2186596 | 135997 |
| THROUGH | 2184788 | 135611 |
| THROUGH | 2183331 | 135655 |
| THROUGH | 2182166 | 135368 |
| THROUGH | 2180645 | 135457 |
| THROUGH | 2179937 | 135695 |
| THROUGH | 2170035 | 135500 |

| | X | Y |
|---|---|---|
| THROUGH | 2169680 | 135315 |
| THROUGH | 2167836 | 134922 |
| TO | 2164477 | 134753 |
| A LINE FROM | 2162430 | 135112 |
| TO | 2157920 | 135521 |
| A POINT AT | 2155349 | 135847 |
| A LINE FROM | 2148929 | 136962 |
| THROUGH | 2147751 | 136599 |
| THROUGH | 2143589 | 136276 |
| THROUGH | 2139529 | 136276 |
| TO | 2138231 | 136387 |
| A LINE FROM | 2134210 | 136726 |
| THROUGH | 2133089 | 136940 |
| THROUGH | 2128819 | 138694 |
| THROUGH | 2126697 | 139353 |
| THROUGH | 2122523 | 140238 |
| THROUGH | 2118829 | 141971 |
| THROUGH | 2118065 | 142532 |
| THROUGH | 2117317 | 143491 |
| TO | 2117632 | 143583 |
| A POINT AT | 2131078 | 175500 |
| A POINT AT | 2128430 | 178049 |
| A POINT AT | 2127239 | 179020 |
| A POINT AT | 2124878 | 180545 |
| A POINT AT | 2111697 | 183677 |
| A POINT AT | 2106412 | 183216 |
| A LINE FROM | 2103313 | 183605 |
| THROUGH | 2102167 | 184610 |
| THROUGH | 2100222 | 185315 |
| THROUGH | 2099609 | 185125 |
| THROUGH | 2098954 | 185105 |
| THROUGH | 2087767 | 187497 |
| THROUGH | 2087027 | 187342 |
| THROUGH | 2086261 | 187177 |
| TO | 2085370 | 187372 |

| | X | Y |
|---|---|---|
| A LINE FROM | 2077417 | 189409 |
| THROUGH | 2076201 | 189799 |
| TO | 2075295 | 190530 |
| | | |
| A POINT AT | 2071131 | 195080 |
| | | |
| A LINE FROM | 2062055 | 199555 |
| THROUGH | 2058700 | 200495 |
| THROUGH | 2057430 | 200980 |
| THROUGH | 2055610 | 201415 |
| THROUGH | 2054750 | 201215 |
| THROUGH | 2053190 | 201320 |
| THROUGH | 2051090 | 201230 |
| THROUGH | 2049230 | 201255 |
| THROUGH | 2045960 | 201470 |
| THROUGH | 2042475 | 201660 |
| THROUGH | 2037075 | 203200 |
| THROUGH | 2035775 | 203405 |
| THROUGH | 2033385 | 204235 |
| THROUGH | 2029630 | 205680 |
| THROUGH | 2026640 | 206660 |
| THROUGH | 2023042 | 208270 |
| THROUGH | 2021155 | 208850 |
| THROUGH | 2017453 | 210475 |
| THROUGH | 2016243 | 211245 |
| THROUGH | 2014384 | 213268 |
| THROUGH | 2010960 | 216566 |
| THROUGH | 2008873 | 218388 |
| THROUGH | 2008058 | 219434 |
| THROUGH | 2006991 | 221401 |
| THROUGH | 2006256 | 222432 |
| THROUGH | 2004384 | 224474 |
| THROUGH | 2000030 | 228573 |
| THROUGH | 1998568 | 230370 |
| THROUGH | 1996506 | 233983 |
| TO | 1995220 | 235805 |
| | | |
| A POINT AT | 1987818 | 240892 |
| A POINT AT | 1987371 | 241272 |

| | X | Y |
|---|---|---|
| A LINE FROM | 1993420 | 241930 |
| TO | 1863474 | 298772 |
| | | |
| A POINT AT | 1933172 | 264238 |
| A POINT AT | 1924399 | 268936 |
| A POINT AT | 1914373 | 270380 |
| A POINT AT | 1896827 | 275747 |
| A POINT AT | 1882306 | 270590 |
| A POINT AT | 1872418 | 277460 |
| A POINT AT | 1843467 | 275912 |
| A POINT AT | 1835344 | 270839 |
| A POINT AT | 1834019 | 270301 |
| A POINT AT | 1833527 | 271423 |
| A POINT AT | 1820994 | 291804 |
| A POINT AT | 1809845 | 296285 |
| A POINT AT | 1791584 | 307545 |
| A POINT AT | 1783067 | 321331 |
| A POINT AT | 1782391 | 321876 |
| A POINT AT | 1778769 | 324757 |
| | | |
| A LINE FROM | 1763190 | 333540 |
| TO | 1762420 | 333590 |
| | | |
| A POINT AT | 1758630 | 333490 |
| | | |
| A LINE FROM | 1755535 | 335045 |
| THROUGH | 1748380 | 334810 |
| THROUGH | 1743691 | 334373 |
| THROUGH | 1738236 | 333686 |
| THROUGH | 1735850 | 333066 |
| THROUGH | 1730831 | 330886 |
| THROUGH | 1726542 | 329268 |
| THROUGH | 1724713 | 328326 |
| THROUGH | 1722884 | 327774 |
| THROUGH | 1721682 | 327214 |
| THROUGH | 1720140 | 326402 |
| THROUGH | 1717114 | 324303 |
| THROUGH | 1711532 | 320881 |
| THROUGH | 1709968 | 319818 |
| THROUGH | 1708756 | 318661 |

| | X | Y |
|---|---|---|
| THROUGH | 1706790 | 317870 |
| THROUGH | 1703080 | 316885 |
| THROUGH | 1700680 | 316390 |
| THROUGH | 1696359 | 315965 |
| THROUGH | 1692568 | 315990 |
| THROUGH | 1689980 | 316170 |
| THROUGH | 1687270 | 316510 |
| THROUGH | 1678545 | 318408 |
| THROUGH | 1675346 | 319196 |
| THROUGH | 1671018 | 320396 |
| THROUGH | 1669012 | 321069 |
| THROUGH | 1667091 | 321595 |
| THROUGH | 1665833 | 321916 |
| THROUGH | 1663290 | 322457 |
| THROÜGH | 1659960 | 323169 |
| THROUGH | 1658887 | 323134 |
| THROUGH | 1657050 | 323540 |
| THROUGH | 1655896 | 323305 |
| THROUGH | 1653430 | 323751 |
| THROUGH | 1651294 | 324333 |
| THROUGH | 1650220 | 324644 |
| THROUGH | 1649308 | 324684 |
| THROUGH | 1648656 | 324985 |
| THROUGH | 1639027 | 326645 |
| THROUGH | 1629147 | 327939 |
| THROUGH | 1622420 | 328555 |
| THROUGH | 1617090 | 329300 |
| THROUGH | 1616760 | 329510 |
| THROUGH | 1613190 | 329780 |
| THROUGH | 1609300 | 330480 |
| THROUGH | 1608080 | 330835 |
| THROUGH | 1605965 | 331030 |
| THROUGH | 1605565 | 331280 |
| THROUGH | 1603140 | 331540 |
| THROUGH | 1600765 | 332140 |
| THROUGH | 1599740 | 332390 |
| THROUGH | 1595210 | 333090 |
| THROUGH | 1594770 | 333270 |
| THROUGH | 1594075 | 333290 |

| | X | Y |
|---|---|---|
| THROUGH | 1593910 | 333645 |
| THROUGH | 1593010 | 333520 |
| THROUGH | 1591685 | 333785 |
| THROUGH | 1589460 | 334525 |
| THROUGH | 1586780 | 335220 |
| THROUGH | 1581450 | 336800 |
| THROUGH | 1576170 | 338670 |
| THROUGH | 1571630 | 340335 |
| THROUGH | 1570480 | 340905 |
| THROUGH | 1567695 | 341990 |
| THROUGH | 1566890 | 342490 |
| THROUGH | 1566375 | 342810 |
| THROUGH | 1564160 | 343480 |
| THROUGH | 1562680 | 344195 |
| THROUGH | 1558720 | 345375 |
| THROUGH | 1555105 | 346865 |
| THROUGH | 1553840 | 347150 |
| THROUGH | 1551670 | 348170 |
| THROUGH | 1550645 | 349050 |
| THROUGH | 1546740 | 350600 |
| THROUGH | 1546195 | 350910 |
| THROUGH | 1539270 | 354040 |
| THROUGH | 1536505 | 355610 |
| THROUGH | 1536245 | 356080 |
| THROUGH | 1535690 | 356465 |
| THROUGH | 1532515 | 357575 |
| THROUGH | 1531970 | 358030 |
| THROUGH | 1531240 | 358190 |
| THROUGH | 1524550 | 361675 |
| THROUGH | 1513280 | 366930 |
| THROUGH | 1502470 | 372625 |
| THROUGH | 1496700 | 375770 |
| THROUGH | 1492040 | 378110 |
| THROUGH | 1489725 | 379370 |
| THROUGH | 1479730 | 384090 |
| THROUGH | 1471240 | 387390 |
| THROUGH | 1467685 | 388820 |
| THROUGH | 1460435 | 391260 |
| THROUGH | 1454105 | 393050 |

| | X | Y |
|---|---|---|
| THROUGH | 1449935 | 394700 |
| THROUGH | 1444715 | 396930 |
| THROUGH | 1441485 | 398150 |
| TO | 1436899 | 399820 |
| A LINE FROM | 1431526 | 400742 |
| THROUGH | 1431465 | 400740 |
| TO | 1429020 | 401485 |
| A LINE FROM | 1429035 | 401760 |
| THROUGH | 1425600 | 402610 |
| THROUGH | 1424630 | 403175 |
| THROUGH | 1416365 | 405700 |
| THROUGH | 1410175 | 407090 |
| THROUGH | 1402525 | 408365 |
| THROUGH | 1397220 | 408870 |
| THROUGH | 1392000 | 409180 |
| THROUGH | 1391954 | 409243 |
| THROUGH | 1386636 | 409216 |
| THROUGH | 1383990 | 409136 |
| THROUGH | 1380235 | 408500 |
| THROUGH | 1376515 | 407966 |
| TO | 1372945 | 406862 |
| A LINE FROM | 1363392 | 397870 |
| TO | 1362416 | 397822 |
| A LINE FROM | 1354310 | 403875 |
| THROUGH | 1351162 | 404620 |
| THROUGH | 1341917 | 405967 |
| THROUGH | 1333745 | 406888 |
| THROUGH | 1328473 | 407126 |
| THROUGH | 1323205 | 407138 |
| THROUGH | 1317944 | 407045 |
| THROUGH | 1312617 | 406742 |
| THROUGH | 1307312 | 406260 |
| THROUGH | 1296747 | 405049 |
| THROUGH | 1291413 | 404205 |
| THROUGH | 1286154 | 403467 |
| THROUGH | 1280760 | 402836 |

| | X | Y |
|---|---|---|
| THROUGH | 1275467 | 402375 |
| THROUGH | 1264910 | 401500 |
| THROUGH | 1259600 | 400971 |
| THROUGH | 1254211 | 400226 |
| THROUGH | 1248971 | 399421 |
| THROUGH | 1248670 | 398400 |
| THROUGH | 1240260 | 397840 |
| THROUGH | 1235668 | 396741 |
| THROUGH | 1233256 | 395989 |
| THROUGH | 1228846 | 394497 |
| THROUGH | 1228772 | 894775 |
| THROUGH | 1226444 | 393922 |
| THROUGH | 1225768 | 393281 |
| THROUGH | 1225421 | 393370 |
| THROUGH | 1219698 | 390746 |
| THROUGH | 1219065 | 390227 |
| THROUGH | 1217536 | 889445 |
| THROUGH | 1217089 | 389513 |
| THROUGH | 1216582 | 389216 |
| TO | 1215615 | 388263 |
| A LINE FROM | 1206795 | 378672 |
| THROUGH | 1209227 | 364245 |
| TO | 1208456 | 363990 |

## EXHIBIT B

From January 1961 to December 1969, the baseline in the East Bay vicinity from point X=2699435, Y=118600 to point X=2644940, Y=134910 deviates from the present baseline and may be described as follows:

| | | |
|---|---|---|
| A point at.......................... | X=2699815 | Y=116800 |
| A point at.......................... | X=2699695 | Y=116700 |
| A line from.......................... | X=2697850 | Y=117200 |
| Through ........................... | X=2697510 | Y=117648 |
| To ................................ | X=2697300 | Y=118500 |
| A line from.......................... | X=2687638 | Y=130705 |
| Through ........................... | X=2685250 | Y=131590 |
| Through ........................... | X=2684417 | Y=131957 |
| Through ........................... | X=2683850 | Y=132390 |
| Through ........................... | X=2682580 | Y=133325 |
| Through ........................... | X=2681624 | Y=134128 |
| Through ........................... | X=2677650 | Y=138050 |
| Through ........................... | X=2644940 | Y=134910 |

Prior to January 1961, the baseline in the East Bay vicinity from point X=2699435, Y=118600 to point X=2644940, Y=134910 deviates from the present baseline and may be described as follows:

| | | |
|---|---|---|
| A point at.......................... | X=2699435 | Y=118600 |
| A line from.......................... | X=2697850 | Y=117200 |
| Through ........................... | X=2697510 | Y=117648 |
| To ................................ | X=2697300 | Y=118500 |
| A line from.......................... | X=2687638 | Y=130705 |
| Through ........................... | X=2685250 | Y=131590 |
| Through ........................... | X=2684417 | Y=131957 |
| Through ........................... | X=2683850 | Y=132390 |
| Through ........................... | X=2682580 | Y=133325 |
| Through ........................... | X=2681624 | Y=134128 |
| Through ........................... | X=2677650 | Y=138050 |
| Through ........................... | X=2644940 | Y=134910 |

Prior to December 6, 1969, the baseline in the Pass du Bois vicinity from point X=2615450, Y=157770 to

point X=2613550, Y=164745 deviates from the present baseline and may be described as follows:

| A point at | X=2615151 | Y=158006 |
| A point at | X=2612771 | Y=162310 |
| A point at | X=2612120 | Y=164118 |

From November 19, 1959, to February 1, 1960, the baseline in the Pass Tante Phine vicinity from point X=2606370, Y=180190 to point X=2598335, Y=196450 deviates from the present baseline and may be described as follows:

| A point at | X=2602000 | Y=183535 |

From January 1, 1959, through March 31, 1959, and from March 1, 1964, through July 31, 1964, the baseline North of Pass Tante Phine from point X=2605025, Y=183315 to point X=2600780, Y=192900 deviates from the present baseline and may be described as follows:

| A point at | X=2602763 | Y=186885 |

MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.